# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAUTUA MALAUULU, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>PARKER HANNIFIN CORPORATION, an Ohio Corporation, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:21-cv-01459-AB-KK<br>Hon. Andre Birotte Jr.<br><br>[~~PROPOSED~~] **ORDER RE JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(A)(ii)** |

The Court **APPROVES** the Parties' Stipulation Requesting Voluntary Dismissal. The case is hereby dismissed as follows:

1. Plaintiff's individual claims are hereby dismissed <u>with prejudice</u>;
2. The class claims are hereby dismissed <u>without prejudice</u>; and
3. This matter is hereby dismissed in its entirety.

**IT IS SO ORDERED.**

DATED: October 11, 2022

_____
Hon. Andre Birotte Jr.
United States District Court Judge